UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **13-21107-CIV-MORENO**

SALVATORE SACCOCCIO, *et al.*,

      Plaintiff,

vs.

JP MORGAN CHASE BANK, N.A. *et al.*,

      Defendant.

_____/

## ORDER SETTING HEARING

THIS CAUSE came before the Court upon Plaintiff's Motion for Preliminary Approval of class Action Settlement and For Certification of the Settlement Class **(D.E. No. 59)**, filed on **September 6, 2013**. It is

**ADJUDGED** that a hearing on the Motion for Preliminary Approval of Class Action Settlement and for Certification of the Settlement Class shall take place before the undersigned, United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 13-3, 400 North Miami Avenue, Miami, Florida 33128, on **Tuesday, October 1, 2013 at 2 p.m**. Counsel shall be prepared to address all pending matters that the Court has not referred to a magistrate.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of September, 2013.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record