# CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE __**FEDERICO A. MORENO**__ Presiding

Case No. __13-21107-CIV-MORENO__   Date: __October 1, 2013__

Clerk: __**Shirley Christ**ie__   Reporter: __**Gilda Pastor-Hernandez**__

**Herrick, et al., v. JPMorgan Chase Bank, N.A. et al.**

Plaintiff: __Aaron Podhurst, Adam Moskowitz, Esqs., et al.__

Defendant(s) Counsel: __Robert Brochin, Esq., et al.,__

Reason for hearing: __**Motion Hearing**__


TIME:   2 hours 35 minutes