UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-cv-21107-MORENO/OTAZO-REYES

SALVATORE SACCOCCIO, on behalf of
himself and all others similarly situated,

        Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., *et al.*,

        Defendants.
_____/

**MOTION TO EXCEED PAGE LIMIT FOR PLAINTIFF'S
MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

    Plaintiff hereby moves the Court for leave to exceed the page limitation for his motion for final approval of the parties' class action settlement, application for service awards and attorneys' fees and expenses, and incorporated memorandum of law, and states as follows:

    1.    Plaintiff will file his motion for final approval, application for class counsel fees, and application for Plaintiff Saccoccio's service award in the coming week.

    2.    Due to the complexity and number of issues to be addressed, Plaintiff's counsel anticipates that they will need approximately forty pages for the motion. Accordingly, Plaintiffs' counsel respectfully request leave to exceed the Court's page limit by a combined total of twenty pages. A proposed order is attached hereto as **Exhibit A.**

    3.    Plaintiff's counsel have conferred with counsel for the Assurant and Chase Defendants in accordance with Local Rule 7.1(a)(3), and have been informed they have no objection to the relief sought herein.

1

**CONCLUSION**

WHEREFORE, for the foregoing reasons, Plaintiffs' counsel respectfully requests that the Court enter an order granting Plaintiff leave to exceed the page limit for a motion by a combined total of twenty pages and file a motion for final approval of the parties' class action settlement, application for service awards and attorneys' fees and expenses, and incorporated memorandum of law not to exceed forty pages.

Respectfully submitted this 22nd day of January, 2014.

By: /s/ Rachel Sullivan

| | |
|---|---|
| Adam M. Moskowitz, Esq.<br>amm@kttlaw.com<br>Thomas A. Tucker Ronzetti, Esq.<br>tr@kttlaw.com<br>Rachel Sullivan, Esq.<br>rs@kttlaw.com<br>Robert J. Neary, Esq.<br>rn@kttlaw.com<br>**KOZYAK, TROPIN, &**<br>**THROCKMORTON P.A.**<br>2525 Ponce de Leon Blvd., 9th Floor<br>Coral Gables, FL 33134<br>Telephone:  (305) 372-1800<br>Facsimile:    (305) 372-3508<br>*Counsel for Plaintiffs* | Aaron S. Podhurst, Esq.<br>apodhurst@podhurst.com<br>Peter Prieto, Esq.<br>pprieto@podhurst.com<br>John Gravante, III, Esq.<br>jgravante@podhurst.com<br>Matthew Weinshall, Esq.<br>mweinshall@podhurst.com<br>**PODHURST ORSECK, P.A.**<br>City National Bank Building<br>25 West Flagler Street, Suite 800<br>Miami, Florida 33130<br>Telephone: 305-358-2800<br>Facsimile: 305-358-2382<br>*Counsel for Plaintiffs* |
| Lance A. Harke, P.A.<br>lharke@harkeclasby.com<br>Sarah Engel, Esq.<br>sengel@harkeclasby.com<br>Howard M. Bushman, Esq.<br>hbushman@harkeclasby.com<br>**HARKE CLASBY & BUSHMAN LLP**<br>9699 NE Second Avenue<br>Miami Shores, Florida 33138<br>Telephone:     (305) 536-8220<br>Facsimile:      (305) 536-8229<br>*Counsel for Plaintiffs* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on the 22nd day of January, 2014 and served by the same means on all counsel of record.

By: /s/ Rachel Sullivan