# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 13-21107-CIV-MORENO**

SALVATORE SACCOCCIO, on behalf of himself and
all others similarly situated,

       Plaintiffs,

v.

JP MORGAN CHASE BANK, N.A., et al.,

       Defendants.
_____/

## NOTICE OF APPEAL

Leigh Tiller Pearson hereby appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's February 28, 2014 Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement, Application for Service Awards, and Class Counsel's Application for Attorneys' Fees and Expenses (Document 128), and the Final Judgment (Document 130).

       Respectfully submitted,

       *s/ Brian M. Silverio*
       Brian M. Silverio
       FL Bar #0183301
       Silverio & Hall, P.A.
       150 West Flagler Street
       Penthouse - 2850
       Miami, Florida 33130
       (305) 371-2756
       (305) 372-2744 (Fax)
       bsilverio@silveriohall.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on March 25, 2014 and was filed with the Clerk of Court using CM/ECF, and that as a result a copy of this filing has been served upon every counsel of record.

*/s/ Brian Silverio*