UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 13-21107-CIV-MORENO

SALVATORE SACCOCCIO, *et al.*,

    Plaintiffs,

vs.

JP MORGAN CHASE BANK, N.A. *et al.*,

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE

THIS CAUSE came before the Court upon Plaintiff's Motion for Order to Show Cause why Objectors Should Not be Held in Contempt for Failure to Comply with this Court's Order Requiring Posting of Appeal Bonds **(D.E. No. 162)**, filed on **June 24, 2014**.

THE COURT has considered the motion, responses, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED. It is apparent from the Responses that Plaintiff's Motion was filed without any attempt to contact the Objectors to confer as to the time for posting the appeal bonds. Plaintiff's filing of the motion thereby violates Local Rule 7.1(a)(3). Notably, this Court set no deadline for the Objectors to post their $5,000 appeal bonds, and shall not do so until Plaintiff's counsel files a certification setting forth the number of class members who have submitted claims forms, the number of claims accepted, and the corresponding percentage of force-placed hazard policies for which claims have been submitted–a request made by the Court to Plaintiff's counsel in the Final Fairness Hearing of February

14, 2014.

There are no grounds to hold the Objectors in contempt; none of them violated an order that was "clear and unambiguous." *See Ga. Power Co. v. NLRB*, 484 F.3d 1288, 1291 (11th Cir. 2007) (setting forth requirements for civil contempt). It is accordingly

ADJUDGED that this Motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this //_ day of July, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record