UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 13-21107-CIV-MORENO

SALVATORE SACCOCCIO, *et al.*,

    Plaintiffs,

vs.

JP MORGAN CHASE BANK, N.A. *et al.*,

    Defendants.
_____/

### ORDER DENYING MOTIONS TO ACQUIRE CLAIM DATA

THIS CAUSE came before the Court upon Objector Leigh Tiller Peterson's Motion to Require Filing of Claims Data **(D.E. No. 160)**, filed on **June 18, 2014**, and Objector Leigh Aquino's Motion to Acquire Claim Data **(D.E. 186)**, filed on **July 22, 2014.**

THE COURT has considered the motion, responses, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that these motions are DENIED. This Court approved the parties' class-wide settlement agreement regarding hazard lender-placed insurance a little over four months ago, recognizing that it is fair, adequate, and reasonable. The Settlement collectively offers more than $300 million in monetary relief alone, requiring only that class members submit a claim form. This Court has previously recognized that this Settlement is fair and reasonable independent of the number of claims filed; regardless, Objectors Leigh Pearson and Leigh Aquino have filed motions to ask the Court to compel the production of "claims data," including the "number of claims filed to date, the number of claims accepted, and the

value of the accepted claims." Objectors contend that this data *must* be produced under Section 7.3.2 of the Settlement so that the Court can "verify that the settlement has conferred value on the Class." These arguments indicate that Objectors misread the Settlement and Class Notice. Objectors claim that the Class Notice says that the claims deadline is June 14, 2014, and that the Settlement requires the production of claims data by this date. That is incorrect. The Class Notice says that the deadline does not close until the resolution of all appeals, which will be *no earlier* than June 14, 2014. The Settlement also makes clear that the claims data at issue—"a list of all Settlement Class Members who filed a Claim"—must only be provided *after* the claims deadline closes. Because one of the Objectors appealed this Court's decision, the claims deadline is not closed, the final claims data does not exist, and the very foundation for Objector's Motion is flawed.

Moreover, Objectors' Motions are denied because they seeks data that this Court already held is not necessary to evaluate the Settlement's fairness. As Bob Dylan advises, "you don't need a weatherman to tell which way the wind blows." *Subterranean Homesick Blues* (Columbia Records 1965). The Court has already rejected Objectors' argument that the Court should have considered the exact number of claims filed before approving the Settlement. Objectors' Motions merely regurgitate the failed argument and it should be denied for this additional reason. It is accordingly

ADJUDGED that these Motions are DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 25 day of July, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record