UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:13-cv-21107-FAM

SALVATORE SACCOCCIO, on behalf of
himself and all others similarly situated,

        Plaintiffs,

v.

JP MORGAN CHASE BANK, N.A. *et al*,

        Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY**

Plaintiff hereby gives notice of filing the attached supplemental authority. The attached opinions were issued today in a similar force-placed insurance class action. *Casey et al v. CitiBank, N.A. et al*, No. 5:12-cv-00820-DNH-DEP (D.E. 221, 222, August 21, 2014, N.D.N.Y.).

Respectfully submitted this 21st day of August, 2014.

    KOZYAK TROPIN & THROCKMORTON, P.A.
    *Attorneys for Plaintiffs*
    2525 Ponce De Leon, 9th Floor
    Coral Gables, Florida 33134
    Tel: 305-372-1800 / Fax: 305-372-3508

    By: /s/ *Robert J. Neary*

Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 / Phone 305.372.1800 / Fax 305.372.3508 / kttlaw.com

355170

| | |
|---|---|
| Adam M. Moskowitz, Esq.<br>amm@kttlaw.com<br>Tucker Ronzetti<br>tr@kttlaw.com<br>Rachel Sullivan, Esq.<br>rs@kttlaw.com<br>Robert J. Neary, Esq.<br>rn@kttlaw.com<br>**KOZYAK, TROPIN, &**<br>**THROCKMORTON P.A.**<br>2525 Ponce de Leon Blvd., 9th Floor<br>Coral Gables, FL 33134<br>Telephone:  (305) 372-1800<br>Facsimile:   (305) 372-3508<br>*Counsel for Plaintiffs* | Aaron S. Podhurst, Esq.<br>apodhurst@podhurst.com<br>Peter Prieto, Esq.<br>pprieto@podhurst.com<br>John Gravante, III, Esq.<br>jgravante@podhurst.com<br>Matthew Weinshall<br>mweinshall@podhurst.com<br>**PODHURST ORSECK, P.A.**<br>City National Bank Building<br>25 West Flagler Street, Suite 800<br>Miami, Florida 33130<br>Telephone: 305-358-2800<br>Facsimile: 305-358-2382<br>*Counsel for Plaintiffs* |
| Lance A. Harke, Esq.<br>lharke@harkeclasby.com<br>Sarah Engel, Esq.<br>sengel@harkeclasby.com<br>Howard M. Bushman, Esq.<br>hbushman@harkeclasby.com<br>**HARKE CLASBY & BUSHMAN LLP**<br>9699 NE Second Avenue<br>Miami Shores, Florida 33138<br>Telephone:     (305) 536-8220<br>Facsimile:     (305) 536-8229<br>*Counsel for Plaintiffs* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Robert J. Neary*
        Robert J. Neary

Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 / Phone 305.372.1800 / Fax 305.372.3508 / kttlaw.com

355170